HARMEET K. DHILLON, ESQ. (SBN: 207873)
KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
DHILLON & SMITH LLP
214 Grant Avenue, Suite 400
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

**E-Filed 7/22/2010**

Attorneys for Plaintiff,
SOAProjects, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

| | |
|---|---|
| SOAProjects, Inc., <br><br> Plaintiff, <br><br> v. <br><br> SCM Microsystems, Inc. (d/b/a Identive Group) and Kamal Kant Gupta, <br><br> Defendants. | Case Number: CV-10-1773 (PVT) <br><br> ORDER APPROVING **STIPULATION RE FILING OF FIRST AMENDED COMPLAINT, TAKING HEARING ON SCM'S MOTION TO DISMISS AND MOTION TO STRIKE OFF CALENDAR, AND CONTINUING DEADLINES** |

The Parties to this action who have, to date, appeared are SOAProjects, Inc. ("Plaintiff" or "SOAProjects") and Defendant SCM Microsystems, Inc. ("SCM") (together, the "Parties"). Defendant Kamal Kant Gupta has not yet been served with process and has not yet appeared in the action.

---

**Stipulation**
SFO 596,021,504v1 7-21-10

1

**DHILLON & SMITH LLP**

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through their respective counsel of record herein, as follows:

1. In lieu of opposing SCM's Motion to Dismiss and Motion to Strike the Complaint, SOAProjects wishes to file a First Amended Complaint. The Parties agree that SOAProjects shall have to and including August 6, 2010, to file the First Amended Complaint;

2. SCM shall have to and including August 27, 2010, to file its response to the First Amended Complaint;

3. In light of SOAProjects' intention to file a First Amended Complaint, SCM agrees that it will ask the Court to remove from its calendar the hearing on SCM's Motion to Dismiss and Motion to Strike, which hearing is currently scheduled for August 13, 2010;

4. In light of SOAProjects' intention to file a First Amended Complaint, the Parties agree to continue the deadline for exchanging their Initial Disclosures, currently scheduled for July 22, 2010, to September 16, 2010, or to such other date as may be set by the Court.

IT IS SO STIPULATED

Dated: July 21, 2010         DHILLON & SMITH LLP
                             By:

                             _____
                             Harmeet K. Dhillon (SBN 207873)
                             Attorneys for Plaintiff SOAProjects, Inc.

**Stipulation**                    2           **DHILLON & SMITH LLP**
SFO 596,021,504v1 7-21-10

1  Dated: July 21, 2010                    GREENBERG TRAURIG LLP

2                              By:

3
4                                   _____/s/ Scott Lawson_____
                                    Scott G. Lawson (SBN 174671)
5                                   Attorneys for SCM Microsystems, Inc.

6
7     I, Harmeet K. Dhillon, hereby attest, pursuant to N.D. Cal. General Order No. 45,
8  that the concurrence to the filing of this document has been obtained from each
   signatory hereto.
9
                               By:
10
11
12
13                                  _____
                                    Harmeet K. Dhillon (SBN 207873)
14

15

16

17

18  IT IS SO ORDERED.

19

20  Dated: 7/22/2010                _____
                                    JEREMY FOGEL
21                                  United States District Judge

22

...