HARMEET K. DHILLON, ESQ. (SBN: 207873)
KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
DHILLON & SMITH LLP
214 Grant Avenue, Suite 400
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff,
SOAProjects, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

| | |
|---|---|
| SOAProjects, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>SCM Microsystems, Inc. (d/b/a Identive Group) and Kamal Kant Gupta,<br><br>Defendants. | **Case Number: CV-10-1773 (LHK)**<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION, INCLUDING COUNTERCLAIM**<br><br>**F.R.C.P. 41(1)(1)(A)(ii)**<br><br>**Honorable Lucy H. Koh** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including the Counterclaim asserted therein, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear its own respective costs and attorneys' fees associated with this action.

---

**Stipulation and [Proposed]**      1
**Order Dismissing Entire Action,**
**Including Counterclaim**

1  IT IS SO STIPULATED

2

3  Dated: July 1, 2011                    DHILLON & SMITH LLP

4                           By:

5

6                                         [signature: Harmeet K Dhillon]

7                                         _____

8                                         Harmeet K. Dhillon (SBN 207873)
                                          Attorneys for Plaintiff SOAProjects, Inc.
9

10

11 Dated: July 1, 2011                    GREENBERG TRAURIG LLP

12                          By:

13

14                                        _____/s/ Scott Lawson_____
                                          Scott G. Lawson (SBN 174671)
15                                        Attorneys for SCM Microsystems, Inc.

16

17     I, Harmeet K. Dhillon, hereby attest, pursuant to N.D. Cal. General Order No. 45,

18 that the concurrence to the filing of this document has been obtained from each

19 signatory hereto.

20                          By:

21

22                                        [signature: Harmeet K Dhillon]

23                                        _____
                                          Harmeet K. Dhillon (SBN 207873)
24

25

26

27

28
   **Stipulation and [Proposed]**              2
   **Order Dismissing Entire Action,**
   **Including Counterclaim**

| | |
|---|---|
| 1 | Pursuant to stipulation, this action is DISMISSED WITH PREJUDICE.  The Clerk shall close the file. |
| 2 | |
| 3 | **IT IS SO ORDERED.** |
| 4 | Dated: July 1, 2011           By:  _____*Lucy H. Koh*_____ |
| 5 |                                                     Honorable Lucy H. Koh |

Stipulation and [Proposed]                    3
Order Dismissing Entire Action,
Including Counterclaim